UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 04-33167 |
|---|---|
| JOSHUA L ROBBINS | (Chapter 13) |
| KIMBERLY E ROBBINS | |
| Debtors | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3976172**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 13/ 14 | COMMUNITY HOSPITAL<br>% UCB<br>3131 S DIXIE DR STE 600<br>DAYTON, OH  45439 | 20.86 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/28/2009

Certificate of Service     04-33167

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

JOSHUA L ROBBINS
KIMBERLY E ROBBINS
1819 CHATHAM PLACE
SPRINGFIELD, OH  45505

JOHN C A JUERGENS
1504 N LIMESTONE ST
SPRINGFIELD, OH  45503

(26.1n)
ATTY GENERAL STATE OF OHIO
% REBECCA DAUM
30 E BROAD ST 23RD FL
COLUMBUS, OH  43215

(14.1)
COMMUNITY HOSPITAL
% UCB
3131 S DIXIE DR STE 600
DAYTON, OH  45439

(32.1n)
DENNIS A LIEBERMAN
ATTN EMERSON R KECK
318 W FOURTH STREET
DAYTON, OH  45402

(30.1n)
ECAST SETTLEMENT CORPORATION
BOX 35480
NEWARK, NJ  07193

(34.1n)
LASALLE BANK MIDWEST
ATTN BANKRUPTCY
BOX 77409
EWING, NJ  08618

(29.1n)
MARK N DIERKS
525 VINE ST  STE 800
CINCINNATI, OH  45202

Jeffrey M. Kellner BY     /s/ Jeffrey M. Kellner     cs

0433167_42_20090928_0949_278/T317_cs
###